# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2503
LT Case No. 16-2019-CF-012319-A

_____

LEXUS TRIPLETT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Lexus Triplett, Ocala, pro se.

No Appearance for Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____